

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>02- Dane Richard Burden<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-217-DUTY-02<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 17</u>, <u>2024</u>, at <u>2:00</u>  ☐a.m. / ☒p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/15/24__    _____/s/ Karen E. Scott_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT